UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KARRIE POIRIER,

                Plaintiff,

-against-                               5:21-CV-0622 (LEK/ATB)

TIM REEDY, *et al.*,

                Defendants.
_____

## DECISION AND ORDER

**I.**    **INTRODUCTION**

Pro se plaintiff Karrie Poirier filed a 42 U.S.C. § 1983 action against Tim Reedy, Bishop Nursing Home, Amy Hodgson, and Amy Goldworthy. Dkt. No. 1 ("Complaint"). On June 10, 2021, the Honorable Andrew T. Baxter, United States Magistrate Judge, recommended that Plaintiff's Complaint be dismissed without prejudice. Dkt. No. 5 ("Report-Recommendation"). For the reasons that follow, the Court adopts the Report-Recommendation in its entirety.

**II.**    **BACKGROUND**

The facts are detailed in the Report-Recommendation, familiarity with which is assumed. See R. & R. at 2–4.

**III.**    **STANDARDS OF REVIEW**

Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b); L.R. 72.1(c). If objections are timely filed, a court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b).

However, if no objections are made, or if an objection is general, conclusory, perfunctory, or a mere reiteration of an argument made to the magistrate judge, a district court need review that aspect of a report-recommendation only for clear error. Barnes v. Prack, No. 11-CV-857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013); Farid v. Bouey, 554 F. Supp. 2d 301, 306–07 (N.D.N.Y. 2008), abrogated on other grounds by Widomski v. State Univ. of N.Y. at Orange, 748 F.3d 471 (2d Cir. 2014). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." § 636(b).

## IV.     DISCUSSION

Plaintiff did not file objections to the Report-Recommendation. See Docket. Consequently, the Court reviews the Report-Recommendation for clear error and finds none. Therefore, the Court adopts the Report-Recommendation in its entirety.

## V.      CONCLUSION

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 5) is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED without prejudice**; and it is further

**ORDERED**, that the Clerk serve a copy of this Decision and Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

DATED: July 19, 2021
Albany, New York

_____
LAWRENCE E. KAHN
United States District Judge